UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CALVIN WOOD,

    Plaintiff,

v.     CASE NO. 6:05-cv-1152-Orl-19DAB

STATE OF FLORIDA,

    Defendant.

## ORDER

On August 2, 2005, Plaintiff initiated this action by filing a Motion to Remove (Doc. No. 1), which was construed as a civil rights complaint. Plaintiff later filed an Amended Petition Under 28 U.S.C. § 2254 (Doc. No. 4, filed August 23, 2005) which raised claims regarding his criminal proceedings and his conditions of confinement. Plaintiff has now filed a Motion to Dismiss Writ (Doc. No. 7, filed September 20, 2005) in which he indicates a desire to dismiss his habeas corpus claims, but continue pursuing his condition of confinement claims.

Accordingly, it is

**ORDERED**:

    1.    The habeas corpus claims set forth in the Amended Petition (Doc. No. 4) are **DISMISSED WITHOUT PREJUDICE**.

    2.    Plaintiff shall refile his civil rights complaint on the form provided as an attachment to this Order by the Clerk, within **TWENTY (20) DAYS** from the date of this

order. Plaintiff shall also provide the Clerk with one (1) additional copy of the revised complaint for each named defendant. **Failure to comply with this order will result in the dismissal of this action without further notice**.

      3. *The Clerk of the Court shall send Plaintiff a civil rights complaint form, along with a copy of this Order.*

      **DONE AND ORDERED** at Orlando, Florida, this __21st__ day of September, 2005.

*[signature]*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 9/21
Calvin Wood