UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CALVIN WOOD,

    Plaintiff,

v.                                             CASE NO. 6:05-cv-1152-Orl-19DAB

STATE OF FLORIDA,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 21, 2005, the Court ordered Plaintiff to refile his civil rights complaint on the appropriate form (Doc. No. 8). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this __18th__ day of October, 2005.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

sa 10/18
Calvin Wood